UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LISA ANN DESHAZO | CIVIL ACTION |
| VERSUS | NO: 13-6378 |
| STANDARD INSURANCE CO. | SECTION: "A" (1) |

### ORDER AND REASONS

Before the Court is a **Motion for Entry of ERISA Case Order (Rec. Doc. 10)** filed by defendant Standard Insurance Co. Plaintiff Lisa Ann Deshazo opposes the motion. The motion, noticed for submission on May 7, 2014, is before the Court on the briefs without oral argument.

Plaintiff filed this lawsuit to recover long-term disability benefits under a group policy issued by Standard to the Administrators of the Tulane Educational Fund. On February 6, 2014, the Court entered its standard scheduling order following a preliminary conference with counsel and the Case Manager. (Rec. Doc. 9).

Via the instant motion Standard now seeks to vacate the current scheduling order, and urges the Court to enter its proposed ERISA case order (Rec. Doc. 10-3 Exhibit 2) in its place.

The Court denies the motion essentially for the reasons argued in Plaintiff's opposition. Plaintiff points out that the proposed order accelerates deadlines to her detriment and imposes additional burdens and costs on the ERISA plaintiff. (Rec. Doc. 11 at 6). The Court declines to enter such an order over Plaintiff's objection.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion for Entry of ERISA Case Order (Rec. Doc.**

**10)** filed by defendant Standard Insurance Co. is **DENIED.**

May 13, 2014

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE